**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jose Luis TAPIA–FIERRO,
Defendant—Appellant.**

**No. 03–10598.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 12, 2005.[*]

Decided Sept. 16, 2005.

---

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Joan G. Ruffennach, Esq., M. Malaika Rahi–Loo Fax, USPX—Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

David Taylor Shannon, AFPD, FPDAZ—Federal Public Defender's Office, Tucson, AZ, for Defendant–Appellant.

Before: REINHARDT, RYMER and HAWKINS, Circuit Judges.

MEMORANDUM**

Jose Luis Tapia–Fierro appeals his 104–month sentence imposed following a remand of his sentence by this Court. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we remand the sentence.

Because appellant was sentenced under the then-mandatory Sentencing Guidelines,

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

and we cannot reliably determine from the record whether the sentence imposed would have been materially different had the district court known that the Guidelines were advisory, we remand to the sentencing court for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc). *See United States v. Hermoso–Garcia,* 413 F.3d 1085, 1089–90 (9th Cir. 2005).

SENTENCE REMANDED.